# 302-9286

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

-FILED-
JUL 19 2021
At_____M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LINDA M. STEPHENS, | |
| Plaintiff, | CASE NO. 3:21cv515 |
| v. | |
| HOUSING AUTHORITY OF SOUTH BEND, | COMPLAINT |
| Defendant. | DEMAND FOR JURY TRIAL |

## COMPLAINT

### NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act (ADEA), 29 U.S.C. § 621, et seq.) to correct unlawful employment practices on the basis of age. Jurisdiction is based on 28 U.S.C. § 1331 to provide appropriate relief to Plaintiff Linda M. Stephens (hereinafter "Stephens" referred as "Employee" or "Plaintiff") who was adversely affected by such practices. The Plaintiff is a former employee of Defendant, Housing Authority of South Bend, (hereinafter "Housing Authority" or "Employer" or "Defendant"), and an individual over the age of 40, who was subjected to discrimination because of her age while employed at the Housing Authority.

### JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, and 1343 and 1345. This action is authorized and instituted pursuant to the Age Discrimination in Employment Act (29 U.S.C. § 621).

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Northern District of Indiana, South Bend Division.

## PARTIES

3. Plaintiff Linda M. Stephens is a former employee of Defendant, Housing Authority of South Bend and is an individual over the age of 40, born in 1957. Plaintiff is expressly authorized to bring this action by, and pursuant to the Age Discrimination in Employment Act (29 U.S.C. § 621). Jurisdiction is based on 28 U.S.C. § 1331.

4. At all relevant times, Defendant Housing Authority of South Bend, has continuously been a domestic, not-for-profit, local public institution doing business in the State of Indiana and the City of South Bend, Indiana and has continuously had at least fifteen (15) employees.

5. At all relevant times, Defendant Housing Authority of South Bend, has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty (30) days prior to the institution of this lawsuit, Plaintiff Linda M. Stephens filed a Complaint of Discrimination (Charge No. 24M-2021-00044) with the South Bend Human Rights Commission (hereinafter "SBHRC"). The Charge was dual filed with the U.S. Equal Employment Opportunity Commission (hereinafter "EEOC") alleging violations of the Age Discrimination in Employment Act (ADEA) by Defendant Employer. *See* Exhibit 1. The EEOC issued a Dismissal and Notice of Rights dated April 22, 2021. Plaintiff Stephens

received the notice on or about April 25, 2021. *See* Exhibit 2. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least February 1, 2019, Defendant Employer has engaged in unlawful employment practices at its South Bend, Indiana location in violation of the Age Discrimination in Employment Act (29 U.S.C. § 621, et seq.). Defendant Employer subjected Plaintiff to discrimination and termination based on her age.

8. The effect of the practices complained of above has been to deprive Plaintiff of equal employment opportunities and otherwise adversely affect their status as an employee, because of her age.

9. The unlawful employment practices complained of above were intentional and reckless.

10. The unlawful employment practices complained of above were done with malice and reckless indifference to the federally protected rights of Plaintiff.

## FACTS

11. Plaintiff Linda M. Stephens was employed as a Property Manager with the Housing Authority of South Bend for twenty-five (25) years.

12. Plaintiff is an African-American woman over the age of 40, born in 1957.

13. Plaintiff's direct supervisor was Karl Nichols, Public Housing Director, who began at HASB in February 2019.

14. Plaintiff was suspended on February 1, 2021 for alleged unsatisfactory work performance and terminated on February 9, 2021.

3

15. Prior to Plaintiff's termination, Karl Nichols terminated at least six (6) employees over the age of 40.

16. Subsequent to Plaintiff's termination, Karl Nichols terminated at least three (3) employees over the age of 40 and all female.

17. Plaintiff and all of the other terminated employees were over the age of 40 and were also African-American, Hispanic or female.

18. Karl Nichols created a hostile work environment and provided Plaintiff with inexperienced maintenance staff that made it difficult for her to do her job.

19. Plaintiff believes her age was a contributing factor to her termination because she was an exemplary employee prior to Karl Nichols being hired as Public Housing Director and her direct supervisor.

20. Plaintiff believes that she has been subjected to discrimination and termination based on her age in violation of the Age Discrimination in Employment Act (ADEA).

21. On or about February 11, 2021, Plaintiff Linda M. Stephens filed a Complaint of Discrimination (Charge No. 24M-2021-00044) with the South Bend Human Rights Commission. The Charge was dual filed with the U.S. Equal Employment Opportunity Commission alleging violations of the Age Discrimination in Employment Act (ADEA) by Defendant Employer.

22. On or about April 22, 2021, the EEOC issued a Dismissal and Notice of Rights for Plaintiff Linda Stephens' EEOC Charge.

23. The Conduct of the Defendant, which is complained of herein is in violation of the Age Discrimination in Employment Act (ADEA).

## PRAYER FOR RELIEF

Wherefore, the Plaintiff seeks the following relief from discrimination and respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in discrimination based on age and any other employment practice which violates federal employment law.

B. Order Defendant Employer to institute and carry out policies practices, and programs which protect employees from age discrimination and provide equal employment opportunities for employees, regardless of age, or other protected classes, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Employer to make Plaintiff whole by providing compensation for any past and future pecuniary losses (back pay and front pay) resulting from the unlawful employment practices described above, in amounts to be determined at trial.

D. Order Defendant Employer to make Plaintiff whole by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

E. Order Defendant to make Plaintiff whole by paying liquidated damages for the unlawful practices complained of above, in amounts to be determined at trial.

F. Grant such further relief to the Plaintiff, as the Court deems necessary and proper in the premises.

G. Award the Plaintiff their costs, including attorney fees, pursuant to 42 U.S.C. §12205 and 42 U.S.C. §2000e-5(k) in this action.

## JURY TRIAL DEMAND

The Plaintiff requests a jury trial on all questions of fact raised by this Complaint.

Respectfully submitted,

By: _____
Michelle Smith Scott, Atty. ID #18983-49A
120 E. Market St., Suite 305
Indianapolis, IN 46204
Telephone: (317) 371-3667
Facsimile: (317) 376-7043
Email: msmithscott@aol.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing *Complaint* has been served by first-class United States mail, postage prepaid, this 16th day of July, 2021, upon:

Housing Authority of South Bend
501 Alonzo Watson Drive
South Bend, IN 46601

_____
Michelle Smith Scott, Esq.

Michelle Smith Scott
120 E. Market St., Suite 305
Indianapolis, IN 46204
Telephone: (317) 371-3667
Facsimile: (317) 376-7043